150006

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-15291 - WIDEMIRE, CHERYL A

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Harold Thomas D.O., Inc. 8316 Yellow Brick Rd Mentor, OH 44060 (2-1) sp | 000002 | 184.96 | 3.88 | #104 |
| Meridia Medical Group 8316 Yellowbrick Rd. Mentor, OH 44060 | 000003 | 22.57 | 0.47 | #105 |
| Drs. Hill & Thomas P. O. Box 643026 Cincinnati, OH 45264 | 000009 | 191.87 | 4.03 | #111 |
| ---------- Remittance Total ---------- | | 399.40 | 8.38 | |

TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED
2010 MAR 29 PM 12: 07
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 03/25/10 10:50 AM   Ver: 15.06b